UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KAREN RAYFIELD,

    Plaintiff,

v.

CITY OF PATERSON, et al.,

    Defendants.

Civ. Action No. 06-2126 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons expressed in the opinion filed herewith,

    **IT IS** on this 16th day of August, 2007,

    **ORDERED** that defendants' motion to dismiss, reflected on the docket as entry # 15, is **denied**.

    /s/  Katharine S. Hayden

    Katharine S. Hayden, U.S.D.J.